MICHAEL M. EDWARDS  (NV Bar #006281)
Email:  Michael.Edwards@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
415 South Sixth Street, Suite 300
Las Vegas, NV  89101
Tel.: (702) 382-1414 / Fax: (702) 382-1413

LAWRENCE J. ROSE  (CA Bar #129511)
Email:  Lawrence.rose@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990 / Fax: (415) 434-1370
*Petition For Admission To Practice In Preparation*

Attorneys for Defendant
COUNTY OF CLARK, NEVADA erroneously named as CLARK COUNTY SELF-FUNDED


JOY Y.STEPHENSON  (CA Bar #113755)
RICHARD A. LOVICH  (CA Bar #113742)
VIOLA R. BROWN  (CA Bar #204681)
**STEPHENSON, ACQUISTO & COLMAN**
303 N. Glenoaks Boulevard, Suite 700
Burbank, CA 91502
Tel.: (818) 559-4477 / Fax: (818) 559-5484
*Petition For Admission To Practice In Preparation*

Attorneys for Plaintiff
CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California non-profit corporation public benefit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK COUNTY SELF-FUNDED, an entity of unknown form, and DOES 1 TO 25, inclusive,<br><br>　　　　Defendant(s). | Case No.:  2:10-cv-00360-JCM-LRL<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>F.R.Civ.Pro. 41(a)(1)(ii) |

---

1
**STIPULATION FOR DISMISSAL and [PROPOSED] ORDER**
Case No. 2:10-cv-00360-JCM-LRL
573089.1

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel of record, that this matter be dismissed, with prejudice, each party to bear its own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

DATED: August 16, 2010                        WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP


                                   By: _____/s/ Michael M. Edwards_____
                                              Michael M. Edwards
                                              Lawrence J. Rose
                                              Attorneys for Defendant
                                              COUNTY OF CLARK, NEVADA, erroneously named
                                              as CLARK COUNTY SELF-FUNDED


DATED: August 16, 2010                        STEPHENSON, ACQUISTO & COLMAN


                                   By: _____/s/ Viola R. Brown (by authorization)_____
                                              Joy Y. Stephenson
                                              Richard A. Lovich
                                              Viola R. Brown
                                              Attorneys for Plaintiff
                                              CHILDREN'S HOSPITAL AND RESEARCH
                                              CENTER AT OAKLAND


### ORDER OF DISMISSAL

The parties, having having stipulated to the dismissal of this action,

**IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

Dated: August 17, 2010.


                                   _____
                                   Hon. JAMES C. MAHAN
                                   UNITED STATES DISTRICT JUDGE